68 A.3d 823

ST. JOSEPH MEDICAL CENTER, INC. Mark G. Midei, M.D., and Midatlantic Cardiovascular Associates, P.A.

v.

The Honorable John Grason TURNBULL II.

Misc. No. 21, Sept. Term, 2012.

Court of Appeals of Maryland.

June 20, 2013.

## ORDER OF CLARIFICATION

ORDERED, by the Court of Appeals of Maryland, that this Court's Order of March 15, 2013 is hereby clarified to the extent that the Orders of the Honorable Nancy M. Purpura bifurcating the trials of *Weinberg v. Midei et al.*, Case No. 03 C 10 12603 and *Sullivan et al. v. St. Joseph Medical Center, Inc. et al.*, Case No. 03 C 10 12624 be, and they are hereby, reinstated.